St. Lukes Hospital  801 Ostrum Street  Bethlehem, PA 18015
Michael A Kwiatkowski  250 Wagner Avenue  Hellertown, PA 18055

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Michael A Kwiatkowski | St. Lukes Hospital | 19438 | 10/08/2017 | 10/21/2017 | 10/26/2017 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 1,884.67 | 4.97 | 287.46 | 0.00 | 1,592.24 |
| YTD | 30,029.30 | 104.37 | 3,955.96 | 684.74 | 25,284.23 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Regular (252) | 10/08/2017-10/21/2017 | 80 | 12.12 | 969.60 | 20,260.06 | OASDI | 116.55 | 1,855.35 |
| Overtime (252) | 10/08/2017-10/21/2017 | 35.65 | 19.18 | 683.77 | 5,469.75 | Medicare | 27.25 | 433.91 |
| Bonus (252) | | | | 100.00 | | Federal Withholding | 63.83 | 383.72 |
| Holiday Premium (252) | | | | 45.45 | | State Tax - PA | 57.71 | 918.71 |
| Regular (252) | | | | | 12.12 | SUI-Employee Paid - PA | 1.32 | 21.02 |
| Shift Differential 3 (252) | 10/08/2017-10/21/2017 | 115.65 | 2 | 231.30 | 3,973.30 | City Tax - FNTNH | 18.80 | 299.25 |
| Shift Differential 4 (252) | | | | | 2.00 | PA LST - FNTNH | 2.00 | 44.00 |
| Holiday Premium S3 | | | | | 166.62 | | | |
| Earnings | | | | 1,884.67 | 30,029.30 | Employee Taxes | 287.46 | 3,955.96 |

| Pre Tax Deductions | | | Post Tax Deduction | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Medical Priority Care | 2.33 | 48.93 | Cafeteria - Bethlehem | | 125.32 |
| Vision | 2.64 | 55.44 | Cafeteria - Coffee Kiosk | | 559.42 |
| Pre Tax Deductions | 4.97 | 104.37 | Post Tax Deduction | 0.00 | 684.74 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 1,879.70 | 29,924.93 |
| Medicare - Taxable Wages | 1,879.70 | 29,924.93 |
| Federal Withholding - Taxable Wages | 1,879.70 | 29,924.93 |

| | | Federal | | State |
|---|---|---|---|---|
| Marital Status | | Single | | |
| Allowances | | 8 | | 0 |
| Additional Withholding | | 0 | | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount |
| Wells Fargo | Wells Fargo ******6728 | ******6728 | | 1,592.24  USD |

St. Lukes Hospital   801 Ostrum Street   Bethlehem, PA 18015
Michael A Kwiatkowski   250 Wagner Avenue   Hellertown, PA 18055

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Michael A Kwiatkowski | St. Lukes Hospital | 19438 | 09/24/2017 | 10/07/2017 | 10/12/2017 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 1,983.17 | 4.97 | 313.84 | 0.00 | 1,664.36 |
| YTD | 28,144.63 | 99.40 | 3,668.50 | 684.74 | 23,691.99 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular (252) | 09/24/2017-10/07/2017 | 80 | 12.12 | 969.61 | 19,290.46 |
| Overtime (252) | 09/24/2017-10/07/2017 | 40.3 | 19.18 | 772.96 | 4,785.98 |
| Bonus (252) | | | | 100.00 | |
| Holiday Premium (252) | | | | | 45.45 |
| Excused Absence (252) | 09/24/2017-10/07/2017 | 8 | 0 | 0.00 | 0.00 |
| Regular (252) | | | | | 12.12 |
| Shift Differential 3 (252) | 09/24/2017-10/07/2017 | 120.3 | 2 | 240.60 | 3,742.00 |
| Shift Differential 4 (252) | | | | | 2.00 |
| Holiday Premium S3 | | | | | 166.62 |
| Earnings | | | | 1,983.17 | 28,144.63 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 122.64 | 1,738.80 |
| Medicare | 28.69 | 406.66 |
| Federal Withholding | 78.61 | 319.89 |
| State Tax - PA | 60.73 | 861.00 |
| SUI-Employee Paid - PA | 1.39 | 19.70 |
| City Tax - FNTNH | 19.78 | 280.45 |
| PA LST - FNTNH | 2.00 | 42.00 |
| Employee Taxes | 313.84 | 3,668.50 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical Priority Care | 2.33 | 46.60 |
| Vision | 2.64 | 52.80 |
| Pre Tax Deductions | 4.97 | 99.40 |

### Post Tax Deduction

| Description | Amount | YTD |
|---|---|---|
| Cafeteria - Bethlehem | | 125.32 |
| Cafeteria - Coffee Kiosk | | 559.42 |
| Post Tax Deduction | 0.00 | 684.74 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,978.20 | 28,045.23 |
| Medicare - Taxable Wages | 1,978.20 | 28,045.23 |
| Federal Withholding - Taxable Wages | 1,978.20 | 28,045.23 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 8 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount |
|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******6728 | ******6728 | | 1,664.36   USD |

St. Lukes Hospital   801 Ostrum Street   Bethlehem, PA 18015
Michael A Kwiatkowski   250 Wagner Avenue   Hellertown, PA 18055

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Michael A Kwiatkowski | St. Lukes Hospital | 19438 | 09/10/2017 | 09/23/2017 | 09/28/2017 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 2,328.39 | 4.97 | 406.33 | 30.87 | 1,886.22 |
| YTD | 26,161.46 | 94.43 | 3,354.66 | 684.74 | 22,027.63 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular (252) | 09/10/2017-09/23/2017 | 80 | 12.12 | 969.60 | 18,320.85 |
| Overtime (252) | 09/10/2017-09/23/2017 | 56.6 | 19.18 | 1,085.59 | 4,013.02 |
| Bonus (252) | | | | 100.00 | |
| Holiday Premium (252) | | | | | 45.45 |
| Regular (252) | | | | | 12.12 |
| Shift Differential 3 (252) | 09/10/2017-09/23/2017 | 136.6 | 2 | 273.20 | 3,501.40 |
| Shift Differential 4 (252) | | | | | 2.00 |
| Holiday Premium S3 | | | | | 166.62 |
| Earnings | | | | 2,328.39 | 26,161.46 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 144.06 | 1,616.16 |
| Medicare | 33.69 | 377.97 |
| Federal Withholding | 130.39 | 241.28 |
| State Tax - PA | 71.33 | 800.27 |
| SUI-Employee Paid - PA | 1.63 | 18.31 |
| City Tax - FNTNH | 23.23 | 260.67 |
| PA LST - FNTNH | 2.00 | 40.00 |
| Employee Taxes | 406.33 | 3,354.66 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical Priority Care | 2.33 | 44.27 |
| Vision | 2.64 | 50.16 |
| Pre Tax Deductions | 4.97 | 94.43 |

### Post Tax Deduction

| Description | Amount | YTD |
|---|---|---|
| Cafeteria - Bethlehem | 6.13 | 125.32 |
| Cafeteria - Coffee Kiosk | 24.74 | 559.42 |
| Post Tax Deduction | 30.87 | 684.74 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,323.42 | 26,067.03 |
| Medicare - Taxable Wages | 2,323.42 | 26,067.03 |
| Federal Withholding - Taxable Wages | 2,323.42 | 26,067.03 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 8 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******6728 | ******6728 | | 1,886.22 | USD |

St. Lukes Hospital   801 Ostrum Street   Bethlehem, PA 18015
Michael A Kwiatkowski   250 Wagner Avenue   Hellertown, PA 18055

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Michael A Kwiatkowski | St. Lukes Hospital | 19438 | 08/27/2017 | 09/09/2017 | 09/14/2017 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 2,056.51 | 4.97 | 333.48 | 35.53 | 1,682.53 |
| YTD | 23,833.07 | 89.46 | 2,948.33 | 653.87 | 20,141.41 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular (252) | 08/27/2017-09/09/2017 | 80 | 12.12 | 969.61 | 17,351.25 |
| Overtime (252) | 08/27/2017-09/02/2017 | 15.9 | 19.18 | 304.96 | |
| Overtime (252) | 09/03/2017-09/09/2017 | 24 | 19.72 | 473.28 | 2,927.43 |
| Bonus (252) | | | | | 100.00 |
| Holiday Premium (252) | | | | | 45.45 |
| Regular (252) | | | | | 12.12 |
| Shift Differential 3 (252) | 08/27/2017-09/09/2017 | 127.5 | 2 | 255.00 | 3,228.20 |
| Shift Differential 4 (252) | | | | | 2.00 |
| Holiday Premium S3 | 09/03/2017-09/09/2017 | 7.6 | 14.12 | 53.66 | 166.62 |
| Earnings | | | | 2,056.51 | 23,833.07 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 127.19 | 1,472.10 |
| Medicare | 29.74 | 344.28 |
| Federal Withholding | 89.61 | 110.89 |
| State Tax - PA | 62.98 | 728.94 |
| SUI-Employee Paid - PA | 1.44 | 16.68 |
| City Tax - FNTNH | 20.52 | 237.44 |
| PA LST - FNTNH | 2.00 | 38.00 |
| Employee Taxes | 333.48 | 2,948.33 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical Priority Care | 2.33 | 41.94 |
| Vision | 2.64 | 47.52 |
| Pre Tax Deductions | 4.97 | 89.46 |

### Post Tax Deduction

| Description | Amount | YTD |
|---|---|---|
| Cafeteria - Bethlehem | 3.25 | 119.19 |
| Cafeteria - Coffee Kiosk | 32.28 | 534.68 |
| Post Tax Deduction | 35.53 | 653.87 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,051.54 | 23,743.61 |
| Medicare - Taxable Wages | 2,051.54 | 23,743.61 |
| Federal Withholding - Taxable Wages | 2,051.54 | 23,743.61 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 8 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******6728 | ******6728 | | 1,682.53 | USD |

St. Lukes Hospital  801 Ostrum Street  Bethlehem, PA 18015
Michael A Kwiatkowski  250 Wagner Avenue  Hellertown, PA 18055

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Michael A Kwiatkowski | St. Lukes Hospital | 19438 | 08/13/2017 | 08/26/2017 | 08/31/2017 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 1,358.36 | 4.97 | 163.45 | 30.90 | 1,159.04 |
| YTD | 21,776.56 | 84.49 | 2,614.85 | 618.34 | 18,458.88 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular (252) | 08/13/2017-08/26/2017 | 80 | 12.12 | 969.62 | 16,381.64 |
| Overtime (252) | 08/13/2017-08/26/2017 | 10.8 | 19.18 | 207.14 | 2,149.19 |
| Bonus (252) | | | | | 100.00 |
| Holiday Premium (252) | | | | | 45.45 |
| Regular (252) | | | | | 12.12 |
| Shift Differential 3 (252) | 08/13/2017-08/26/2017 | 90.8 | 2 | 181.60 | 2,973.20 |
| Shift Differential 4 (252) | | | | | 2.00 |
| Holiday Premium S3 | | | | | 112.96 |
| Earnings | | | | 1,358.36 | 21,776.56 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 83.91 | 1,344.91 |
| Medicare | 19.63 | 314.54 |
| Federal Withholding | 1.88 | 21.28 |
| State Tax - PA | 41.55 | 665.96 |
| SUI-Employee Paid - PA | 0.95 | 15.24 |
| City Tax - FNTNH | 13.53 | 216.92 |
| PA LST - FNTNH | 2.00 | 36.00 |
| Employee Taxes | 163.45 | 2,614.85 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical Priority Care | 2.33 | 39.61 |
| Vision | 2.64 | 44.88 |
| Pre Tax Deductions | 4.97 | 84.49 |

### Post Tax Deduction

| Description | Amount | YTD |
|---|---|---|
| Cafeteria - Bethlehem | 5.75 | 115.94 |
| Cafeteria - Coffee Kiosk | 25.15 | 502.40 |
| Post Tax Deduction | 30.90 | 618.34 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,353.39 | 21,692.07 |
| Medicare - Taxable Wages | 1,353.39 | 21,692.07 |
| Federal Withholding - Taxable Wages | 1,353.39 | 21,692.07 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 8 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******6728 | ******6728 | | 1,159.04 | USD |

St. Lukes Hospital  601 Ostrum Street  Bethlehem, PA 18015
Michael A Kwiatkowski  250 Wagner Avenue  Hellertown, PA 18055

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Michael A Kwiatkowski | St. Lukes Hospital | 19438 | 07/30/2017 | 08/12/2017 | 08/17/2017 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 953.82 | 4.97 | 113.87 | 37.61 | 797.37 |
| YTD | 20,418.20 | 79.52 | 2,451.40 | 587.44 | 17,299.84 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular (252) | 07/30/2017-08/12/2017 | 60.8 | 12.12 | 736.91 | 15,412.02 |
| Overtime (252) | 07/30/2017-08/05/2017 | 4.5 | 19.18 | 86.31 | 1,942.05 |
| Bonus (252) | | | | 100.00 | |
| Holiday Premium (252) | | | | | 45.45 |
| Unexcused Absence (252) | 07/30/2017-08/12/2017 | 16 | 0 | 0.00 | 0.00 |
| Regular (252) | | | | | 12.12 |
| Shift Differential 3 (252) | 07/30/2017-08/12/2017 | 65.3 | 2 | 130.60 | 2,791.60 |
| Shift Differential 4 (252) | | | | | 2.00 |
| Holiday Premium S3 | | | | | 112.96 |
| Earnings | | | | 953.82 | 20,418.20 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 58.83 | 1,261.00 |
| Medicare | 13.76 | 294.91 |
| Federal Withholding | 0.00 | 19.40 |
| State Tax - PA | 29.13 | 624.41 |
| SUI-Employee Paid - PA | 0.66 | 14.29 |
| City Tax - FNTNH | 9.49 | 203.39 |
| PA LST - FNTNH | 2.00 | 34.00 |
| Employee Taxes | 113.87 | 2,451.40 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical Priority Care | 2.33 | 37.28 |
| Vision | 2.64 | 42.24 |
| Pre Tax Deductions | 4.97 | 79.52 |

### Post Tax Deduction

| Description | Amount | YTD |
|---|---|---|
| Cafeteria - Bethlehem | 10.02 | 110.19 |
| Cafeteria - Coffee Kiosk | 27.59 | 477.25 |
| Post Tax Deduction | 37.61 | 587.44 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 948.85 | 20,338.68 |
| Medicare - Taxable Wages | 948.85 | 20,338.68 |
| Federal Withholding - Taxable Wages | 948.85 | 20,338.68 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 8 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******6728 | ******6728 | | 797.37 | USD |

St. Lukes Hospital  601 Ostrum Street  Bethlehem, PA 18015
Michael A Kwiatkowski  250 Wagner Avenue  Hellertown, PA 18055

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Michael A Kwiatkowski | St. Lukes Hospital | | 19438 | 07/16/2017 | 07/29/2017 | 08/03/2017 | |

| | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deduction | Net Pay |
|---|---|---|---|---|---|---|
| Current | | 1,171.27 | 4.97 | 139.51 | 25.73 | 1,001.06 |
| YTD | | 19,464.38 | 74.55 | 2,337.53 | 549.83 | 16,502.47 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular (252) | 07/16/2017-07/29/2017 | 72 | 12.12 | 872.65 | 14,675.11 |
| Overtime (252) | 07/23/2017-07/29/2017 | 7.3 | 19.18 | 140.02 | 1,855.74 |
| Bonus (252) | | | | 100.00 | 100.00 |
| Holiday Premium (252) | | | | | 45.45 |
| Excused Absence (252) | 07/16/2017-07/29/2017 | 8 | 0 | 0.00 | 0.00 |
| Regular (252) | | | | | 12.12 |
| Shift Differential 3 (252) | 07/16/2017-07/29/2017 | 79.3 | 2 | 158.60 | 2,661.00 |
| Shift Differential 4 (252) | | | | | 2.00 |
| Holiday Premium S3 | | | | | 112.96 |
| Earnings | | | | 1,171.27 | 19,464.38 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 72.31 | 1,202.17 |
| Medicare | 16.91 | 281.15 |
| Federal Withholding | 0.00 | 19.40 |
| State Tax - PA | 35.81 | 595.28 |
| SUI-Employee Paid - PA | 0.82 | 13.63 |
| City Tax - FNTNH | 11.66 | 193.90 |
| PA LST - FNTNH | 2.00 | 32.00 |
| Employee Taxes | 139.51 | 2,337.53 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical Priority Care | 2.33 | 34.95 |
| Vision | 2.64 | 39.60 |
| Pre Tax Deductions | 4.97 | 74.55 |

### Post Tax Deduction

| Description | Amount | YTD |
|---|---|---|
| Cafeteria - Bethlehem | 8.17 | 100.17 |
| Cafeteria - Coffee Kiosk | 17.56 | 449.66 |
| Post Tax Deduction | 25.73 | 549.83 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,166.30 | 19,389.83 |
| Medicare - Taxable Wages | 1,166.30 | 19,389.83 |
| Federal Withholding - Taxable Wages | 1,166.30 | 19,389.83 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 8 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******6728 | ******6728 | | 1,001.06 | USD |